UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION -- PIKEVILLE

| | |
|---|---|
| DENITA THACKER, on behalf of The Estate of Geraldine Clevenger, Widow of Donald Lee Clevenger,<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE CO., *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 7:18-85-KKC<br><br><br><br>JUDGMENT |

In accordance with the opinion and order entered on September 13, 2019, the Court **HEREBY ORDERS AND ADJUDGES** as follows:

(1) Plaintiff's motion for summary judgment (DE 14) is **GRANTED**;

(2) The Defendants shall pay the Plaintiff $8,162.68 in additional compensation pursuant to 33 U.S.C. § 914(f) and 20 C.F.R. § 725.607(a);

(3) Plaintiff has represented that the Defendant has paid all interest due on the judgment. (DE 25.) Accordingly, the judgment does not contain an amount calculating pre- or post-judgment interest;

(4) The Plaintiff's claims against the Defendants are **DISMISSED WITH PREJUDICE**;

(5) This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

(6) This judgment is **FINAL** and **APPEALABLE**.

Dated December 11, 2019

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY